IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HUNTER DARYL SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:24-cv-361-ECM ) |
| BILL FRANKLIN, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

On April 9, 2025, the Magistrate Judge entered a Recommendation (doc. 72) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 72) is ADOPTED;

2. The Plaintiff's claims against Defendant Oliver are DISMISSED WITHOUT PREJUDICE;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 30th day of April, 2025.

　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE