IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PATRICK SMITH,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        CASE NO. 2:24-cv-00361-BL
                                        )
BILL FRANKLIN, et al.,                  )
                                        )
        Defendants.                     )

## ORDER

On March 9, 2026, the Magistrate Judge recommended that the court grant the Defendants' motion to dismiss.  (Doc. 89).  The Magistrate Judge set March 23, 2026, as the deadline for the Plaintiff to file objections to the Recommendation.  (Doc. 89).  To date, the court has received no objections from the Plaintiff.

After careful review of the file and upon consideration of the Recommendation of the Magistrate Judge, the court **ADOPTS** the Recommendation to grant the Defendants' motion to dismiss this action without prejudice (doc. 85).  The court will enter a separate final judgment.

**DONE** and **ORDERED** on this the 25th day of March, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE